UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANNUITY, WELFARE AND APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS
OF THE IUOE LOCAL 15, et al.,

       Plaintiffs,

-v-                                           No. 07 Civ. 5575 (LTS)(THK)

HINARI ENGINEERING & LAND
SURVEYING, P.C.,

       Defendant.                         <u>ORDER</u>

------------------------------------------------------------x

       This matter having been commenced by the filing of a complaint on June 11, 2007, and the defendant having failed to interpose a timely answer to the complaint or otherwise move in this proceeding, and the plaintiffs having sought permission to move for a default judgment, it is hereby

       ORDERED, that the plaintiffs may make a motion for a default judgment; and it is further

       ORDERED, that such motion for default judgment shall be served on the defendant and shall be accompanied by copies of the Clerk's Certificate and of proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

       ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

       ORDERED, that plaintiffs shall serve a copy of this Order on the defendant and file proof of such service within ten (10) days from the date hereof.

Dated: New York, New York
       July 10, 2007

                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 0 2007