UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, WILLIAM H. HARDING,
LYNN A. MOUREY and ROBERT SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY          07-CIV-5575 (LTS)(THK)
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                                                Plaintiffs,

      -against-

HIRANI ENGINEERING & LAND SURVEYING, P.C.,

                                                Defendant.
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I, James M. Steinberg, hereby certify under penalty of perjury that on July 11, 2007, I served *via* regular U.S. Mail the individual whose address appears below, with a copy of Judge Swain's Order Dated July 10, 2007:

                              Mr. Ernie Bugarin
                Hirani Engineering & Land Surveying, P.C.
                        47 Mineola Boulevard
                        Mineola, New York 11501

                                            */s/ James M. Steinberg*
                                         James M. Steinberg, Esq. (JS-3515)