UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES           **DEFAULT JUDGMENT**
JAMES T. CALLAHAN, WILLIAM H. HARDING,
LYNN A. MOUREY and ROBERT SHAW, and JOHN and                  07-CIV-5575 (LTS) (THK)
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                      Plaintiffs,

-against-

HIRANI ENGINEERING & LAND SURVEYING, P.C.,

                      Defendant.
----------------------------------------------------------------X

      This action having been commenced on June 11, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant HIRANI ENGINEERING & LAND SURVEYING, P.C. on June 18, 2007, by a Process Server, personal service upon Ernie Bugarin, the Comptroller of Defendant HIRANI ENGINEERING & LAND SURVEYING, P.C., and proof of service having been filed on June 25, 2007 through the ECF System, and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the Plaintiffs have judgment against Defendant HIRANI ENGINEERING & LAND SURVEYING, P.C. in the principal amount of $6,709.73, with interest at 9.25% as prescribed by the Plan from August 1, 2006 through July 11, 2007 in the amount of $588.00 and statutory damages in the amount of $588.00, together with the

costs and disbursements of this action in the amount of $415.00 and attorneys' fees in the amount of $1,638.75, for a total liquidated amount of $9,939.48, and it is further

**ORDERED** that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant HIRANI ENGINEERING & LAND SURVEYING, P.C., and the Clerk of the Court is directed to enter such Judgment forthwith.

Dated: New York, New York
      August ___, 2007

SO ORDERED:

_____
Laura Taylor Swain, U.S.D.J.