UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES
JAMES T. CALLAHAN, WILLIAM H. HARDING,
LYNN A. MOUREY and ROBERT SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

**CLERK'S CERTIFICATE**

07-CIV-5575 (LTS) (THK)

Plaintiffs,

-against-

HIRANI ENGINEERING & LAND SURVEYING, P.C.,

Defendant.
------------------------------------------------------------------X

I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on June 11, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint was personally served on Defendant HIRANI ENGINEERING & LAND SURVEYING, P.C. on June 18, 2007, by, a process server, personal service upon Ernie Bugarin, the Comptroller of Defendant HIRANI ENGINEERING & LAND SURVEYING, P.C., and proof of service was filed on June 25, 2007 through the ECF System.

I further certify that the docket entries indicate that the Defendant has not filed an answer nor otherwise moved with respect to the Complaint herein. The default of the Defendant is hereby noted.

Dated: New York, New York
       July 20, 2007

J. MICHAEL McMAHON
Clerk of the Court

By: _____
    Deputy Clerk