UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES
JAMES T. CALLAHAN, WILLIAM H. HARDING,
LYNN A. MOUREY and ROBERT SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

REQUEST TO CLERK
FOR ENTRY OF DEFAULT

07-CIV-5575 (LTS) (THK)

                                    Plaintiffs,

    -against-

HIRANI ENGINEERING & LAND SURVEYING, P.C.,

                                    Defendant.
------------------------------------------------------------------X

    TO:    J. MICHAEL McMAHON, Clerk of the United States District
              Court for the Southern District of New York

    Please enter the default of Defendant HIRANI ENGINEERING & LAND SURVEYING, P.C. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend the above-entitled action as fully appears from the court file herein and from the attached Affidavit of James M. Steinberg, sworn to on July 11, 2007.

Dated: Hastings-on-Hudson, New York
         July 11, 2007

                                                     BRADY McGUIRE & STEINBERG, P.C.

                                     By: _____
                                         James M. Steinberg (JS-3515)
                                         Attorneys for Plaintiffs
                                         603 Warburton Avenue
                                         Hastings-on-Hudson, New York 10706
                                         (914) 478-4293

TO:    HIRANI ENGINEERING & LAND SURVEYING, P.C.
        47 Mineola Boulevard
        Mineola, New York 11501