UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,          **STATEMENT**
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES   **OF DAMAGES**
JAMES T. CALLAHAN, WILLIAM H. HARDING,
LYNN A. MOUREY and ROBERT SHAW, and JOHN and         07-CIV-5575 (LTS) (THK)
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                              Plaintiffs,

              -against-

HIRANI ENGINEERING & LAND SURVEYING, P.C.,

                              Defendant.

-------------------------------------------------------------------------X

| | |
|---|---|
| Principal Amount Sued For: | $6,709.73 |
| Interest at 9.25% (prime rate of 8.25% *plus* 1.0%, as prescribed by the Plan) from August 1, 2006 through July 11, 2007: | $588.00 |
| Statutory Damages: | $588.00 |
| Attorneys' Fees: | $1,638.75 |
| *Costs and Disbursements:* | |
| Clerk's Fee: | $350.00 |
| Process Server Fee for Service: | $65.00 |
| TOTAL: | $9,939.48 |