UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES
JAMES T. CALLAHAN, WILLIAM H. HARDING,
LYNN A. MOUREY and ROBERT SHAW, and JOHN and          07-CIV-5575 (LTS) (THK)
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                              Plaintiffs,

          -against-

HIRANI ENGINEERING & LAND SURVEYING, P.C.,

                              Defendant.
--------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, James M. Steinberg, hereby certify under penalty of perjury that on July 23, 2007, I served *via* regular U.S. Mail, the individuals whose addresses appears below, with a copy of the enclosed Plaintiffs' Motion for a Default Judgment:

HIRANI ENGINEERING & LAND SURVEYING, P.C.
47 Mineola Boulevard
Mineola, New York 11501

                              James M. Steinberg, Esq. (JS-3515)